UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RODOLFO MONTER HERNANDES,
*Individually and on behalf of others similarly Situated,*

                    Plaintiff,                  19-CV-01257 (ALC)

       -against-                    **NOTICE OF APPEARANCE**
                                                **BY ANDREAS KOUTSOUDAKIS**

99 THAI PLAYGROUND LLC (D/B/A
THAIMEE TABLE (F/K/A NGAM)), INSPIRED
HOSPITALITY MANAGEMENT LLC (D/B/A
THAIMEE TABLE (F/K/A NGAM)),
NGAMPROM THAIMEE (A/K/A HONG),
MATT BRUCK, ANDREW PIRGOUSIS,
CHAI THAIMEE, and LUIGI DOE,

                    Defendants.
---------------------------------------------------------X

      To the Clerk of this Court and all parties and attorneys of record, please take notice and enter the appearance of the undersigned as attorneys for Defendant ANDREW PIRGOUSIS named above. Pursuant to 28 U.S.C. § 1746, I certify and declare that I am duly admitted to practice before this Court.

Dated:  New York, New York
          June 3, 2019

                                                  **Koutsoudakis & Iakovou Law Group, PLLC**

                                                           /s/
                                                  By: Andreas Koutsoudakis, Esq. (AK4162)
                                                  90 Broad Street, 3rd Floor
                                                  New York, New York 10004
                                                  O: (212) 386-7606
                                                  F:  (332) 777-1884
                                                  E:  andreas@kilawgroup.com