**KOUTSOUDAKIS & IAKOVOU** | LAW GROUP PLLC

January 29, 2020

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States District Court
40 Foley Square
New York, New York 10007

        Re:    Monter Hernandez v. 99 Thai Playground LLC, et al.;
                Case No. 19-cv-01257-ALC

Dear Judge Netburn,

    This firm represents Defendant Andrew Pirgousis ("Mr. Pirgousis") in the above captioned action. On January 27, 2020, counsel for the Defendant took the deposition of the Plaintiff, and the parties were able to reach a resolution of this case immediately following the conclusion of the deposition.

    We write to advise the Court that Mr. Pirgousis and the Plaintiff have resolved this matter and the Plaintiff has agreed to dismiss Mr. Pirgousis entirely from this lawsuit. The parties have further stipulated to releasing Mr. Pirgousis, and any affiliated entity related solely to Mr. Pirgousis, as discovery has established that Mr. Pirgousis cannot be considered an Employer under the confines of the law or within any context in this case.

                                      Respectfully submitted,
                                      Koutsoudakis & Iakovou Law Group, PLLC

                                      */s/ Andreas Koutsoudakis*

                                      Andreas Koutsoudakis (AK4162)

cc: Joshua Androphy, Esquire

