UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODOLFO MONTER HERNANDEZ,

*Plaintiff,*
        -against-

99 THAI PLAYGROUND LLC (D/B/A THAIMEE TABLE (F/K/A NGAM)), INSPIRED HOSPITALITY (D/B/A THAIMEE TABLE (F/K/A NGAM)), NGAMPROM THAIMEE (AKA HONG), MATT BRUCK, ANDREW PIRGOUSIS, CHAI THAIMEE, and LUIGI DOE,

Defendants.

Civil Case No.: 19-cv-01257-ALC

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Rodolfo Monter Hernandez and Defendant Andrew Pirgousis in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice as against Defendant Andrew Pirgousis, with each party to bear their own fees and costs. The Court shall continue to maintain jurisdiction over enforcement of the settlement agreement in this action.

Dated: Feb 26, 2020

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: Joshua S. Androphy, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200
jandrophy@faillacelaw.com

*Attorneys for Plaintiffs*

Dated: February 26, 2020

KOUTSOUDAKIS & IAKOVOU LAW GROUP PLLC

By: Andreas Koutsoudakis, Esq.
90 Broad Street, 10th Floor
New York, New York 10004
(212) 386-7606
andreas@kilawgroup.com

*Attorneys for Defendants*

SO ORDERED:

_____