UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RODOLFO MONTER HERNANDEZ, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

99 THAI PLAYGROUND LLC (D/B/A THAIMEE TABLE (F/K/A NGAM)), INSPIRED HOSPITALITY MANAGEMENT LLC (D/B/A THAIMEE TABLE (F/K/A NGAM)), NGAMPROM THAIMEE (AKA HONG), MATT BRUCK, ANDREW PIRGOUSIS, CHAI THAIMEE, and LUIGI DOE,

                *Defendants.*

-------------------------------------------------------X

Case: 19-cv-01257-ALC

**CERTIFICATE OF DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 08, 2019 with the filing of a summons and complaint (Dkt. 1); A first amended complaint was filed on April 25, 2019 (Dkt. 22) and Defendant Matt Bruck, was served on May 14, 2019 by personally serving Joseph Smith, a coworker, a person of suitable age and discretion pursuant to N.Y. C.P.L.R § 311(a)(1) and N.Y. B.C.L. §306(b)(1); and proof of such service on the said Defendant was filed on May 30, 2019. (Dkt. No. 37).

I further certify that the docket entries indicate that Defendant Matt Bruck has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant, Matt Bruck, is hereby noted.

Dated: New York, New York

Feb 26, 2020

                **RUBY J. KRAJICK**
                Clerk of the Court

                By: _____KMargo_____
                     Deputy Clerk