```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RODOLFO MONTER HERNANDEZ, et al.,

                  **Plaintiffs,**                  19-CV-01257 (ALC)(SN)

     **-against-**                           **ORDER**

99 THAI PLAYGROUND LLC, et al.,

                  **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     Plaintiffs filed Proposed Clerk's Certificates of Default as to the remaining defendants to this action on February 25, 2020, which the Clerk of Court issued on February 27, 2020. See ECF Nos. 67–80. By no later than June 8, 2020, Plaintiffs shall file a status letter indicating whether they intend to move for default judgment, and if so, proposing a briefing schedule.

**SO ORDERED.**

                                            _____
                                            SARAH NETBURN
                                            United States Magistrate Judge

DATED:     June 1, 2020
                  New York, New York