# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

June 8, 2020

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
United States District Court
40 Foley Square
New York, New York 10007

   Re: Monter Hernandez v. 99 Thai Playground LLC, et al.;
      Case No. 19-cv-01257-ALC

Dear Judge Netburn:

 My office represents the Plaintiff in this matter and writes pursuant to the Court's order of June 1, 2020.

 Plaintiff intends to move for judgment in default against the remaining Defendants. We propose that this motion be filed on or before July 8, 2020.

 We thank the court for its attention this this matter.

            Respectfully submitted,

            _____/s/_____
            Clela A. Errington Esq.
            Michael Faillace & Associates