# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                                 Telephone: (212) 317-1200
New York, New York 10165                                                       Facsimile: (212) 317-1620
_____

July 8, 2020

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
United States District Court
40 Foley Square
New York, New York 10007

         Re:      Monter Hernandez v. 99 Thai Playground LLC, et al.;
                       Case No. 19-cv-01257-ALC

Dear Judge Netburn:

       This office represents the plaintiff in the above-captioned case. Plaintiff writes to request an extension of 14 days in which to file his Motion for Judgment in Default. The reasons for this request is an unexpected technological issue which has prevented the Plaintiff from executing his Declaration in Support of Motion for Judgment in Default. We thus request this brief extension in order to rectify the problem and thus gather the necessary documentation needed to file. This is the first request of this nature. As the remaining defendants are in default, it is made without their input.

       We thank the court for its time and attention to this matter.

                                                         Respectfully,

                                                         /s Clela Errington
                                                         Clela A. Errington, Esq.
                                                         Michael Faillace & Associates, P.C.
                                                         *Attorneys for Plaintiffs*