UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RODOLFO MONTER HERNANDEZ,
            *Plaintiff,*
     -v-
99 THAI PLAYGROUND LLC d/b/a THAIMEE
TABLE  et al.,
            *Defendants.*
-------------------------------------------------------X

Index No. 19-cv-1257

**NOTICE OF VOLUNTARY DISMISSAL**

       Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorneys, Michael Faillace & Associates, P.C., hereby gives notice that in the above-captioned action Defendant Chai Thaimee is voluntarily dismissed without prejudice.

Dated: New York, New York
     July 22, 2020            MICHAEL FAILLACE & ASSOCIATES, P.C.


                          _____/s/Clela Errington
                   By:   Clela Errington
                        60 East 42nd Street, Suite 4510
                        New York, New York 10165
                        (212) 317-1200
                        *Attorneys for Plaintiff*