UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RODOLFO MONTER HERNANDEZ,

              *Plaintiff,*                Index No. 19-cv-1257

       -v-                         **ORDER TO SHOW CAUSE**

99 THAI PLAYGROUND LLC d/b/a

THAIMEE TABLE  et al.,

              *Defendants.*
---------------------------------------------------------X

Upon the declaration of Clela A. Errington, Esq. dated July 22, 2020 and attached exhibits, it is ORDERED:

That Defendants 99 THAI PLAYGROUND LLC d/b/a THAIMEE TABLE, INSPIRED HOSPITALITY MANAGEMENT d/b/a THAIMEE TABLE, MATT BRUCK and NGAMPROM THAIMEE, shall appear to show cause before a motion term of this Court at Courtroom ___ of the United States Courthouse at 40 Foley Square, in the City, County and State of New York, on _____, 2020, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against such Defendants; and it is further

ORDERED that service of a copy of this Order and annexed affirmation and exhibits upon the Defendants on or before ___ o'clock in the ____ noon on _____, 2020, by _____, shall be deemed good and sufficient service; and it is further

ORDERED that any opposition by Defendants be filed with this Court on or before __ o'clock in the ____ noon on _____, 2020; and it is further

- 2 -

ORDERED that any reply papers by Plaintiff be filed with this Court on or before ___ o'clock in the ____ noon on _____, 2020; and it is further

ORDERED that the Defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against them, in which event the defendants will have no trial; and it is further

ORDERED that the Plaintiff shall file proof of service of this Order to Show Cause by _____, 2020.

Dated: New York, New York

ISSUED: _____

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE

To:

99 Thai Playground LLC
c/o Secretary of State of the State of New York
New York State, Department of State
Division of Corporations, State Records
and Uniform Commercial Code
99 Washington Avenue 6th floor
Albany, NY 12231

Matt Bruck
211 E. 18th St.
New York, NY 10003

Inspired Hospitality Management LLC
c/o Secretary of State of the State of New York
New York State, Department of State
Division of Corporations, State Records
and Uniform Commercial Code
99 Washington Avenue 6th floor
Albany, NY 12231

Ngamprom Thaimee
55 W. 25th St. Apt 5S
New York, NY 10010