UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
RODOLFO MONTER HERNANDEZ,

              *Plaintiff,*

    -v-

99 THAI PLAYGROUND LLC d/b/a

THAIMEE TABLE  et al.,

              *Defendants.*
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/7/2020____

Index No. 19-cv-1257

**ORDER TO SHOW CAUSE**

      Upon the declaration of Clela A. Errington, Esq. dated July 22, 2020 and attached exhibits, it is ORDERED:

      That Defendants 99 THAI PLAYGROUND LLC d/b/a THAIMEE TABLE, INSPIRED HOSPITALITY MANAGEMENT d/b/a THAIMEE TABLE, MATT BRUCK and NGAMPROM THAIMEE, show cause why judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against such Defendants. This showing should be made in writing by September 11, 2020; It is further

      ORDERED that any reply papers by Plaintiff be filed with this Court on or before September 25, 2020; and it is further

      ORDERED that Plaintiff serves a copy of this Order and annexed affirmation and exhibits upon the Defendants, and files proof of service, on or before August 12, 2020.

- 2 -

Defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a Default Judgment in Plaintiff's favor

Dated: August 7, 2020

New York, New York

_____

HONORABLE ANDREW L. CARTER JR.
UNITED STATES DISTRICT JUDGE

- 2 -