UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RODOLFO MONTER HERNANDEZ, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

99 THAI PLAYGROUND LLC (D/B/A THAIMEE TABLE (F/K/A NGAM)), INSPIRED HOSPITALITY MANAGEMENT LLC (D/B/A THAIMEE TABLE (F/K/A NGAM)), NGAMPROM THAIMEE (AKA HONG), MATT BRUCK, ANDREW PIRGOUSIS, CHAI THAIMEE, and LUIGI DOE,

                *Defendants*
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No. 19-cv-1257

STATE OF NEW YORK    )
                              ) SS.:
COUNTY OF NEW YORK  )

      Jorge E. Rivas Jr., being duly sworn, deposes and says:

      Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

      On August 11, 2020, I mailed to Defendants 99 Thai Playground LLC d/b/a Thaimee Table, Inspired Hospitality Management d/b/a Thaimee Table, Matt Bruck and Ngamprom Thaimee "Order To Show Cause" and Declaration in Support and Exhibits" by overnight FedEx Mail to the following addresses:

99 Thai Playground LLC
80 Elizabeth Street #8E
New York, New York 10013


Inspired Hospitality Management d/b/a
Thaimee Table
c/o Sung H. Choi
189 Bridge Street 7A
Brooklyn, N.Y. 11201

Matt Bruck
c/o Smart Advocate LLC
6 Harbor Park Drive
Port Washington, New York 11050

Ngamprom Thaimee
55 West 25th Street Apt 5S
New York, New York 10010

_____
JORGE E. RIVAS JR.

Sworn to before me on this

___8-11___, 2020

_____
Notary Public

MICHAEL FAILLACE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FA6120964
Qualified in New York County
My Commission Expires January 03, 2021

2