| ORIGIN ID:JHCA  (212) 317-1200 | SHIP DATE: 11AUG20 |
|---|---|
| MICHAEL FAILLACE | ACTWGT: 1.00 LB |
| MICHAEL FAILLACE & ASSOCIATES, P.C. | CAD: 113400199/INET4280 |
| 60 EAST 42ND STREET | |
| 4510 | |
| NEW YORK CITY, NY 10165 | BILL SENDER |
| UNITED STATES US | |

TO
**99 THAI PLAYGROUND LLC**
**80 ELIZABETH STREET #8E**

**NEW YORK NY 10013**
(212) 317-1200     REF:
INV:
PO:     DEPT:




**WED - 12 AUG 3:00P**
**STANDARD OVERNIGHT**

TRK# 0201  **7712 2893 3132**

**E3 AYZA**     **10013**
NY-US  **EWR**



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.

```
ORIGIN ID:JHCA    (212) 317-1200        SHIP DATE: 11AUG20
MICHAEL FAILLACE                        ACTWGT: 1.00 LB
MICHAEL FAILLACE & ASSOCIATES, P.C.     CAD: 113400199/INET4280
60 EAST 42ND STREET
4510
NEW YORK CITY, NY 10165                 BILL SENDER
UNITED STATES US
```

TO  C/O SUNG H. CHOI
    INSPIRED HOSPITALITY MANAGEMENT
    189 BRIDGE STREET, 7A

    BROOKLYN NY 11201
    (212) 317-1200           REF:
    INV:
    PO:                      DEPT:



FedEx Express

E

**WED - 12 AUG 3:00P**
**STANDARD OVERNIGHT**

TRK# 0201  7712 2989 4355

**E2 EGXA**                    **11201**
                        NY-US  **EWR**





```
ORIGIN ID:JHCA    (212) 317-1200         SHIP DATE: 11AUG20
MICHAEL FAILLACE                          ACTWGT: 1.00 LB
MICHAEL FAILLACE & ASSOCIATES, P.C.       CAD: 113400199/INET4280
60 EAST 42ND STREET
4510
NEW YORK CITY, NY 10165                   BILL SENDER
UNITED STATES US

TO  MATT BRUCK
    SMART ADVOCATE LLC
    6 HARBOR PARK DR

    PORT WASHINGTON NY 11050
    (212) 317-1200        REF:
    INV:
    PO:                   DEPT:
```





WED - 12 AUG 3:00P
STANDARD OVERNIGHT

TRK# 0201  7712 3334 7337

E4 ELZA       11050
NY-US         JFK



```
ORIGIN ID:JHCA     (212) 317-1200          SHIP DATE: 11AUG20
MICHAEL FAILLACE                           ACTWGT: 1.00 LB
MICHAEL FAILLACE & ASSOCIATES, P.C.        CAD: 113400199/INET4280
60 EAST 42ND STREET
4510
NEW YORK CITY, NY 10165                    BILL SENDER
UNITED STATES US
```

TO **NGAMPROM THAIMEE**

**55 WEST 25TH STREET, APT. 5S**

**NEW YORK CITY NY 10010**
(212) 317-1200          REF:
INV:
PO:                     DEPT:



WED - 12 AUG 3:00P
STANDARD OVERNIGHT

TRK# 0201  7712 2999 4645

E3 NBPA                          10010
                             NY-US  EWR



