UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RODOLFO MONTER HERNANDEZ,   NOTICE OF APPEARANCE

       Plaintiff,   Case no.: 19 CV 01257 (ALC-SN)

- against -

99 THAI PLAYGROUND LLC, ET AL.,

       Defendants.
------------------------------------------------------------------------X

**S I R :**

    **PLEASE TAKE NOTICE,** that the defendant, MATT BRUCK, hereby appears in the above entitled action, and that the undersigned has been retained as attorney for said defendant. This appearance is not waiver of defendant's right to be served with the summons and complaint (which he has not) and is not a concession to personal jurisdiction.

Dated:    New York, New York
           August 31, 2020

                           Yours, etc.,

                           **ROTHSTEIN LAW PLLC**

    By:    *Eric E. Rothstein*
                 Eric E. Rothstein
                 *Attorneys for Defendant*
                 *MATT BRUCK*
                 The Woolworth Building
                 233 Broadway, Suite 900
                 New York, NY 10279
                 (212) 577-9797