# EV Grieve

EV Grieve is an ad-free East Village blog where you'll find local news on the real estate, restaurants and residents of the East Village NYC.

Friday, May 10, 2019

## The Marshal visits Thaimee Table, who will return next week



Several readers (*H/T Laura for the photos!*) noted the arrival of a notice from the Marshal on Thaimee Table, the well-regarded Thai restaurant at 99 Third Ave. between 12th Street and 13th Street...



A similar notice — that the property is now in legal possession of the landlord — is on the front door of chef-owner Hong Thaimee's off-shoot, Thaimee Box, on 13th Street near Second Avenue.

There's isn't any mention of a closure on the Thaimee website or social media properties. But there is good news for Thaimee fans: In an email, Chef Thaimee's business partner, Matt Bruck, said that they planned to reopen next week. And those notices from the Marshal?: "We are working it all out."

Chef Thaimee, who previously worked in the kitchens at Jean-Georges' Spice Market and Perry Street restaurants, opened Ngam in 2012 (*The Village Voice* named Ngam NYC's No. 1 Thai restaurant in 2013) ... the restaurant was later renamed Thaimee Table.

Grieve at 4:05 AM

---

## 3 comments:

Anonymous May 10, 2019 at 1:21 PM

This place is a bit odd, with re-namings and multiple closings/re-openings. "Closed for renovation" (their most recent sign) is a little different than "Marshall's Possession"!

Reply

**Anonymous** May 10, 2019 at 2:01 PM

Honestly had no idea there was a new well-regarded Thai place on 3rd ave between 12th and 13th. Guess I sort of have contempt for that general area now. In my mind it's completely NYU.

Reply

**Anonymous** May 16, 2019 at 11:03 AM

The space now has a for lease sign.

Reply



Comments are moderated by the publisher, EV Grieve. Your remarks and lively debates are welcome, whether supportive or critical of the views herein.

However, commentary that is intended to "flame" or attack, that contains violence, racist comments, potential libel and the like will not be published.

This is an individually run blog, not a democratic nation nor a wide-open public forum. Comment publication is entirely subject to the owner's discretion.

During the coronavirus outbreak, scaremongering comments and other fake facts and misguided predictions will not be approved.

‹                                    Home                                    ›

View web version

Powered by Blogger.