UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RODOLFO MONTER HERNANDEZ,

                Plaintiff,

      - against -

99 THAI PLAYGROUND LLC, ET AL.,

           Defendants.

-------------------------------------------------------------------X

**MEMO ENDORSED**

**STIPULATION**

Case no.: 19 CV 01257 (ALC-SN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  9/17/2020

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

    1)    Plaintiff's Order To Show Cause (doc. 97) is withdrawn as to defendant, MATT BRUCK;

and

    2)    The time for defendant, MATT BRUCK, to answer the amended complaint (doc. 22), or move in this action is extended to September 30, 2020.

    3)    Facsimile or scanned signatures shall be deemed originals and this stipulation may be filed in one of more parts.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       September 4, 2020

Eric E. Rothstein, Esq.
Rothstein Law PLLC
*Attorneys for Defendant*
MATT BRUCK
The Woolworth Building
233 Broadway, Suite 900
New York, New York 10297
(212) 577-9797

So Ordered:

_____
Hon. Andrew L. Carter Jr.
United States District Judge

Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*
RODOLFO MONTER HERNANDEZ
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: September 17, 2020