```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  9/17/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**MONTER HERNANDEZ**, *individually and on behalf of others similarly situated*,

                                   **Plaintiffs**,

        -against-

**99 THAI PLAYGROUND LLC, ET AL.**,

                                   **Defendants**.
-------------------------------------------------------------------- x

1:19-CV-1257 (ALC) (SN)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of the Parties' letters regarding Defendant Bruck's request for a pre-motion conference. ECF No. 101-102. Defendant Bruck's request is hereby DENIED.

       Plaintiffs are hereby ORDERED TO SHOW CAUSE as to why this matter should not be dismissed as to Defendant Bruck for inadequate service of process, or else why good cause exists for the Court to extend time for service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Parties are directed to make submissions on the following schedule:

- Plaintiffs' Submission: October 8, 2020
- Defendant Bruck's Response: October 22, 2020
- Plaintiffs' Reply, if any: October 29, 2020

**SO ORDERED.**

**Dated:**     **New York, New York**
            **September 17, 2020**

                                    _____
                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**