Docket # 351710

# MARSHAL'S LEGAL POSSESSION

Civil Court of the City of New York

**COUNTY OF** NEW YORK

**INDEX NUMBER** 80370/2018

CITY OF NEW YORK
OFFICE OF THE MARSHAL
1000 GRAND CONCOURSE
BRONX, NY 10451

99-105 THIRD AVE REALTY LLC

against

PLAYGROUND LLC, 99 THAI
ABC CORP
99 THIRD AVENUE  Apt: STORE AND
NEW YORK, NY 10003

EXECUTION DATE: 04/23/2019

BASEMENT LESS PORTIONS NEEDED FOR BUILDING MAINTENANCE, AND BACKYARD INCLUSIVE OF RAISED FURTHER EAST AREA OF BACKYARD IN NEXT DOOR BUILDING

## The Landlord has legal possession of these premises. pursuant to Warrant of Civil Court
## For information,
## contact Landlord or Agent immediately.

THOMAS J. BIA
MARSHAL, CITY of NEW YORK
BADGE No. 9
1000 GRAND CONCOURSE
BRONX, NEW YORK 10451
TEL: 718-681-8878

THOMAS J. BIA
MARSHAL

N. B. Any one who defaces this legal notice or cause same to be defaced in any way is guilty of a misdemeanor and will be punished to the full extent of the law.