**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**MONTER**, *individually and on behalf of others similarly situated*,

                        **Plaintiffs,**

    -against-

**99 THAI PLAYGROUND LLC, ET AL.,**

                        **Defendants.**
-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/5/2020___

**1:19-CV-1257 (ALC) (SN)**

**ANDREW L. CARTER, JR., District Judge:**

On September 17, 2020, this Court issued an order that Plaintiff show cause why the instant matter should not be dismissed as to Defendant Bruck for inadequate service of process, or else why good cause exists for the Court to extend time for service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. ECF No. 104. Upon consideration of the parties' submissions, ECF No. 105-107, and for good cause shown, the Court hereby EXTENDS Plaintiff's time to serve Defendant Bruck under Rule 4(m) by 30 days from the date of this Order.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **November 5, 2020**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**