```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MONTER HERNANDEZ, *individually and on behalf of all others similarly situated*,

                      **Plaintiff,**

                      -against-

99 THAI PLAYGROUND LLC, ET AL.,

                      **Defendants.**

-------------------------------------------------------------- x

**1:19-cv-01257-ALC-SN**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are ORDERED to file a joint status report by December 18, 2020.

**SO ORDERED.**

**Dated:**  December 1, 2020

       New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**