```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MONTER HERNANDEZ, et al.,

                              **Plaintiffs,**

        -against-

99 THAI PLAYGROUND LLC, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

19-CV-1257 (ALC)(SN)

**CIVIL CASE MANAGEMENT PLAN & SCHEDULING ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 11, 2021, Plaintiffs and Defendant Matthew Bruck appeared for an Initial Pretrial Conference. After review of the parties' joint submission, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties**. The parties may amend the pleadings or join additional parties until Thursday, February 11, 2021.

**Discovery**. All discovery shall be completed by Friday, April 30, 2021.

**Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Friday, February 26, 2021. The letter should address any outstanding discovery disputes.

**Settlement Conference**. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy

Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

**Summary Judgment Motion**. Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Andrew L. Carter, Jr. by Friday, May 14, 2021.

**Trial**. The parties request a jury trial.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   January 11, 2021
        New York, New York