UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RODOLFO MONTER HERNANDEZ, et al.,

                          **Plaintiffs,**

       -against-

99 THAI PLAYGROUND LLC, et al.,

                          **Defendants.**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2021

19-CV-01257 (ALC)(SN)

**SCHEDULING ORDER
FOR DAMAGES INQUEST**

**SARAH NETBURN, United States Magistrate Judge:**

On January 27, 2021, the Honorable Andrew L. Carter referred this case to my docket to conduct an inquest and to report and recommend concerning Plaintiff's damages as to Defendants 99 Thai Playground LLC, Inspired Hospitality Management LLC, and Ngam Thaimee (collectively, "Defaulting Defendants"). It is now ORDERED that:

1. No later than 30 days after entry of this Order, Plaintiff shall file Proposed Findings of Fact and Conclusions of Law describing all claimed damages and any other monetary relief as to the Defaulting Defendants. Plaintiff should file this document, along with any accompanying exhibits and affidavits, to ECF under "Civil Events/Other Filings/Trial Documents." Plaintiff shall serve a complete copy of his filing and a copy of this Order by mail to each Defaulting Defendants' last known address.

2. Plaintiff shall support his Findings of Fact and Conclusions of Law with affidavits and other documentary evidence. Each proposed finding of fact shall cite the evidence provided.

3. Defaulting Defendants shall file a response, if any, no later than 30 days after service. Defaulting Defendants shall respond to each Finding of Fact and Conclusion of Law asserted by Plaintiff. Defaulting Defendants may also submit Counter Findings of Fact and Conclusions of Law. Defaulting Defendants shall support each finding of fact (in both its response to Plaintiff's filing, as well as each one's own Counter-Statement) with affidavits or other documentary evidence. Each proposed finding of fact shall cite the evidence provided.

4. The Court hereby notifies the parties that it may conduct this inquest based solely upon the written submissions of the parties. See <u>Action S.A. v. Marc Rich & Co.</u>, 951 F.2d 504, 508 (2d Cir. 1991); <u>Fustok v. ContiCommodity Servs. Inc.</u>, 873 F.2d 38, 40 (2d Cir. 1989). Any party seeking an evidentiary hearing on damages must set forth reasons why the inquest should not be based upon the written submissions alone and include a description of what witnesses would be called to testify and the nature of the evidence that would be submitted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:	January 28, 2021
	New York, New York