Privileged Settlement Communication                                                                                                                   Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rodolfo Monter Hernandez** | 2/8/2013 | 12/31/2013 | 47 | 96 | 7 | $ 8.75 | $ 13.13 | $ 7.25 | $ 10.88 | $ 1,085.00 | $ 350.00 | $ 735.00 | $ 34,545.00 |
| | 1/1/2014 | 10/15/2014 | 41 | 96 | 7 | $ 8.75 | $ 13.13 | $ 8.00 | $ 12.00 | $ 1,085.00 | $ 350.00 | $ 735.00 | $ 30,135.00 |
| | 10/16/2014 | 12/31/2014 | 11 | 69 | 6 | $ 15.00 | $ 22.50 | $ 8.00 | $ 12.00 | $ 1,252.50 | $ 600.00 | $ 652.50 | $ 7,177.50 |
| | 1/1/2015 | 10/15/2015 | 41 | 69 | 6 | $ 15.00 | $ 22.50 | $ 8.75 | $ 13.13 | $ 1,252.50 | $ 600.00 | $ 652.50 | $ 26,752.50 |
| | 10/16/2015 | 12/31/2015 | 11 | 60 | 0 | $ 17.50 | $ 26.25 | $ 8.75 | $ 13.13 | $ 1,225.00 | $ 700.00 | $ 525.00 | $ 5,775.00 |
| | 1/1/2016 | 11/15/2016 | 46 | 60 | 0 | $ 17.50 | $ 26.25 | $ 9.00 | $ 13.50 | $ 1,225.00 | $ 700.00 | $ 525.00 | $ 24,150.00 |
| | 11/16/2016 | 12/31/2016 | 6 | 48 | 0 | $ 17.50 | $ 26.25 | $ 9.00 | $ 13.50 | $ 910.00 | $ 700.00 | $ 210.00 | $ 1,260.00 |
| | 1/1/2017 | 7/15/2017 | 28 | 48 | 0 | $ 14.58 | $ 21.88 | $ 11.00 | $ 16.50 | $ 758.33 | $ 700.00 | $ 58.33 | $ 1,633.33 |
| | 7/16/2017 | 8/15/2017 | 4 | 40 | 0 | $ 17.50 | $ 26.25 | $ 11.00 | $ 16.50 | $ 700.00 | $ 700.00 | $ - | $ - |
| | 8/16/2017 | 12/31/2017 | 20 | 40 | 0 | $ 15.00 | $ 22.50 | $ 11.00 | $ 16.50 | $ 600.00 | $ 600.00 | $ - | $ - |
| | 1/1/2018 | 12/31/2018 | 52 | 40 | 0 | $ 15.00 | $ 22.50 | $ 13.00 | $ 19.50 | $ 600.00 | $ 600.00 | $ - | $ - |
| | 1/1/2019 | 1/7/2019 | 1 | 40 | 0 | $ 15.00 | $ 22.50 | $ 15.00 | $ 22.50 | $ 600.00 | $ 600.00 | $ - | $ - |
| | 1/8/2019 | 2/1/2019 | 3 | 40 | 0 | $ - | $ - | $ 15.00 | $ 22.50 | $ 600.00 | $ - | $ 600.00 | $ 1,800.00 |
| | | | | | | | | | | | | | $ 133,228.33 |

1 This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2 Plaintiffs reserve the right to correct or amend this chart.
3 This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

| Plaintiff | Pay Period From | Pay Period To | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Tools of the trade |
|---|---|---|---|---|---|---|---|---|---|---|
| **Rodolfo Monter Hernandez** | 2/8/2013 | 12/31/2013 | $ 34,545.00 | $ 2,385.25 | $ 2,385.25 | $ 5,000.00 | $ 5,000.00 | $ 23,660.40 | $ 1,633.69 | $ 2,538.00 |
| | 1/1/2014 | 10/15/2014 | $ 30,135.00 | $ 2,296.00 | $ 2,296.00 | | | $ 18,355.03 | $ 1,398.48 | |
| | 10/16/2014 | 12/31/2014 | $ 7,177.50 | $ 528.00 | $ 528.00 | | | $ 4,048.78 | $ 297.84 | |
| | 1/1/2015 | 10/15/2015 | $ 26,752.50 | $ 2,152.50 | $ 2,152.50 | | | $ 13,887.05 | $ 1,117.35 | |
| | 10/16/2015 | 12/31/2015 | $ 5,775.00 | $ - | $ - | | | $ 2,737.89 | $ - | |
| | 1/1/2016 | 11/15/2016 | $ 24,150.00 | $ - | $ - | | | $ 10,267.33 | $ - | |
| | 11/16/2016 | 12/31/2016 | $ 1,260.00 | $ - | $ - | | | $ 478.83 | $ - | |
| | 1/1/2017 | 7/15/2017 | $ 1,633.33 | $ - | $ - | | | $ 571.98 | $ - | |
| | 7/16/2017 | 8/15/2017 | $ - | $ - | $ - | | | $ - | $ - | |
| | 8/16/2017 | 12/31/2017 | $ - | $ - | $ - | | | $ - | $ - | |
| | 1/1/2018 | 12/31/2018 | $ - | $ - | $ - | | | $ - | $ - | |
| | 1/1/2019 | 1/7/2019 | $ - | $ - | $ - | | | $ - | $ - | |
| | 1/8/2019 | 2/1/2019 | $ 1,800.00 | $ - | $ - | | | $ 341.18 | $ - | |
| | | | **$ 133,228.33** | **$ 7,361.75** | **$ 7,361.75** | **$ 5,000.00** | **$ 5,000.00** | **$ 74,348.46** | **$ 4,447.36** | **$ 2,538.00** |

| | |
|---|---|
| Filing Date | 2/8/2019 |
| FLSA | 2/8/2013 |
| NYLL | 2/8/2016 |
| Amendment | 4/9/2011 |
| Today | 2/26/2021 |

| Plaintiff | Pay Period | | Total Per Period |
| --- | --- | --- | --- |
| | From | To | |
| **Rodolfo Monter Hernandez** | 2/8/2013 | 12/31/2013 | $ 111,692.59 |
| | 1/1/2014 | 10/15/2014 | $ 84,615.51 |
| | 10/16/2014 | 12/31/2014 | $ 19,757.62 |
| | 1/1/2015 | 10/15/2015 | $ 72,814.39 |
| | 10/16/2015 | 12/31/2015 | $ 14,287.89 |
| | 1/1/2016 | 11/15/2016 | $ 58,567.33 |
| | 11/16/2016 | 12/31/2016 | $ 2,998.83 |
| | 1/1/2017 | 7/15/2017 | $ 3,838.64 |
| | 7/16/2017 | 8/15/2017 | $ - |
| | 8/16/2017 | 12/31/2017 | $ - |
| | 1/1/2018 | 12/31/2018 | $ - |
| | 1/1/2019 | 1/7/2019 | $ - |
| | 1/8/2019 | 2/1/2019 | $ 3,941.18 |
| | | | $ 368,572.81 |