UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RODOLFO MONTER HERNANDEZ,
individually and on behalf of others similarly
situated,

                          **Plaintiff,**                      19-CV-01257 (ALC)(SN)

              **-against-**                                  **ORDER**

**99 THAI PLAYGROUND LLC, et al.,**

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 28, 2021, the Court directed Plaintiff to file proposed Findings of Fact and Conclusions of Law relating to the inquest on damages owed by Defendants 99 Thai Playground LLC, Inspired Hospitality Management LLC, and Ngam Thaimee (collectively, "Defaulting Defendants"). ECF No. 117. On February 26, 2021, Plaintiff filed his proposed Findings of Fact and Conclusions of Law. See ECF No. 119. Plaintiff's affidavit of service, filed on March 2, 2021, states that Plaintiff mailed the Defaulting Defendants the papers in support of his proposed Findings of Fact and Conclusions of Law on March 2, 2021. ECF No. 122, Ex 1.

      Accordingly, the Defaulting Defendants' response, if any, was to be filed at the latest by April 5, 2021. See Fed. R. Civ. P. 6(d); ECF No. 117. Because the Defaulting Defendants have made no such filing, this matter is now fully briefed.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     April 7, 2021
                New York, New York