USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  ___May 28, 2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RODOLFO MONTER HERNANDEZ, *individually*
*and on behalf of others similarly situated,*

                                        *Plaintiff,*

            -against-

99 THAI PLAYGROUND LLC (D/B/A THAIMEE
TABLE (F/K/A NGAM)), INSPIRED HOSPITALITY
MANAGEMENT LLC (D/B/A THAIMEE TABLE
(F/K/A NGAM)), NGAMPROM THAIMEE (AKA
HONG), and MATT BRUCK,

                                        *Defendants.*
-----------------------------------------------------------------X

**Case No.: 19-cv-01257**

**STIPULATION OF**
**VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P.**
**41(a)(1)(a)(ii)**

        IT IS HEREBY STIPULATED and agreed, by and between the undersigned

attorneys for Plaintiff and Defendant Matt Bruck, that this action is hereby dismissed in

its entirety, without prejudice, as against Defendant Matt Bruck only with each party to

bear its own costs, expenses, disbursements, and attorneys' fees.

By: _____
    Clela A. Errington, Esq.
    Michael Faillace & Associates, P.C.
    60 East 42nd Street Suite 4510
    New York, New York 10165
    Tel.: (212) 317-1200
    *Attorneys for Plaintiff*

By: _____
    Eric Rothstein, Esq.
    Rothstein Law PLLC
    233 Broadway Ste. 900
    New York, NY 10279
    (212) 577-9797
    *Attorneys for Defendant Matt Bruck*

    Dated: April __19 2021

    Dated:  April 19, 2021

SO ORDERED:

_____
HON. ANDREW L. CARTER, U.S.D.J.

**Dated**: May 28, 2021