UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RODOLFO MONTER HERNANDEZ,

                     **Plaintiff,**                     19-CV-01257 (ALC)(SN)

      -against-                                   <u>ORDER</u>

99 THAI PLAYGROUND LLC, et al.,

                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A call is scheduled for Thursday, August 25, 2022, at 4:00 p.m. to discuss the Plaintiff's August 5, 2022 letter to the Court. <u>See</u> ECF No. 131. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                August 8, 2022