UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RODOLFO MONTER HERNANDEZ, et al.,

                              **Plaintiffs,**                    19-CV-01257 (ALC)(SN)

        -against-                                               <u>ORDER</u>

99 THAI PLAYGROUND LLC, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On August 25, 2022, a conference was held to discuss the Court's concerns regarding the Plaintiffs' motion for default judgment. <u>See</u> ECF Nos. 129 & 133. By September 23, 2022, Plaintiffs' counsel shall file her response to the issues discussed at the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               August 26, 2022