**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------X-----

RODOLFO MONTER HERNANDEZ,
individually and on behalf of others similarly
situated,

                              *Plaintiff,*                                    **AFFIDAVIT OF**
                                                                              **SERVICE**

     -against-
                                                                     **Case No. 19-cv-01257-ALC**


99 THAI PLAYGROUND LLC (D/B/A
THAIMEE TABLE (F/K/A NGAM)),
INSPIRED HOSPITALITY MANAGEMENT
LLC (D/B/A THAIMEE TABLE (F/K/A NGAM)),
NGAMPROM THAIMEE (AKA HONG),
MATT BRUCK, ANDREW PIRGOUSIS,
CHAI THAIMEE, and LUIGI DOE,


                              *Defendants.*

-----------------------------------------------------------X

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF NEW YORK         )

     FIDEL LOZANO, being duly sworn, deposes and says:

     Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

     On October 12, 2022, I mailed copies of Judge Sarah Netburn's. Order (Dkt. No. 140: ORDER TO SHOW CAUSE: Plaintiff is ORDERED to serve this Order upon Defendant Ngamprom Thaimee a/k/a Hong Thaimee. Plaintiff must undertake every effort to serve Thaimee, including without limitation: Personal service at the restaurant Thaimee Love, located at 116 West Houston Street, New York, NY 10012; Calling Thaimee Love at (347) 325-2557 to request assistance with service; Contacting Thaimee's in-house press contact through the website at https://www.hongthaimee.com/press/By October 14, 2022, Plaintiff must file an attorney affidavit attesting to all efforts undertaken to serve Thaimee and the results of that effort. Absent further order of the Court, by October 28, 2022, Thaimee is ORDERED TO SHOW CAUSE why the Court should not enter default against Defendant Ngamprom Thaimee a/k/a Hong Thaimee based on the April 3, 2019 affidavit of service and assess damages against her in accordance with Plaintiff's Proposed Findings of Fact and Conclusions of Law and the supporting record.), via First Class Mail through the United States Postal Service to Defendants:

     HONG THAIMEE
     55 W 25TH ST APT 5S
     NEW YORK NY 10010-2134

     HONG THAIMEE
     626 1ST AVE APT E40C
     NEW YORK NY 10016-3938

                                                                              Fidel Lozano

Sworn to before me on this
12th of October 2022

Notary Public

STATE
OF NEW YORK
NOTARY PUBLIC
Jarret Thomas Bodo
Qualified in New York County
02BO6418599
MY COMMISSION EXPIRES 06/14/2025