UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RODOLFO MONTER HERNANDEZ,

                     Plaintiff,                            19 **CIVIL** 1257 (ALC)(SN)

      -against-                              **JUDGMENT**

99 THAI PLAYGROUND LLC d/b/a
THAIMEE TABLE, et al.,

                     Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 31, 2023, the Court finds the Defaulting Defendants jointly and severally liable for $301,907.38, plus applicable pre- and post-judgment interest, identified as follows: (1) $144,861.39 in wage-and-hour damages, plus 9 percent prejudgment simple interest, calculated from February 5, 2016, to the date of judgment, in the amount of $91,191.24; (2) $144,861.39 in liquidated damages; (3) $11,230 in attorneys' fees; and (4) $954.60 in costs. Post-judgment interest shall be calculated from the day the Clerk of Court enters judgment until the date of payment by the Defaulting Defendants, using the federal interest rate set forth in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
            February 1, 2023

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                     **BY:**

                                                    **Deputy Clerk**